IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 10-0322-KD-M |
| WILLIAM EDWARDS, LULA EDWARDS, WINSTON LEE EDWARDS, JR., WILLIE EVANS, JR., and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court on the United States Motion for Judgment on the Pleadings, and in accordance with the Court's Order of even date, it is hereby **ORDERED, ADJUDGED, and DECREED** that the United States' federal tax lien recorded in Judgment Book 16, Page 803, in the Office of the Judge of Probate, Hale County, Alabama, primes the interests of MERS and the other defendants as to the one-half interest of Willie L. Evans in the following real property located at 76 Saffron Road, Greensboro, in Hale County, Alabama and more particularity described as follows:

> A parcel of land situated in the South 1/2 of the Northwest Quarter of Section 36, Township 21 North, Range 4 East, and being more particularly described as follows:
>
> Commencing at an iron pin found which marks the accepted center of said section, proceed in a northerly direction on an astronomic bearing of N 1° 20' 35" W 659.50 feet to an iron pin found capped; thence S 88° 56' 30" W 776.10 feet to an iron pin found capped; thence S 88° 44' 14" W 188.00 feet to an iron pin set capped which is the POINT OF BEGINNING of the herein described parcel;

thence continue S 88° 44' 14" W 305.44 feet to an iron pin set capped; thence N 6° 42' 44" E 55.57 feet to an iron pin set capped at a corner fence post; thence N 35° 01' 39" E and with an old fence 203.16 feet to an iron pin set capped; thence N 11° 10' 53" E and with said fence 79.56 feet to a post; thence N 18° 26' 37" E along said fence line 41.42 feet to a fence corner post on the Westerly line of the Winston Lee III parcel; thence S 88° 35' 32" E 114.11 feet to an iron pin set capped; thence N 88° 55' 21" E along said west line 113.36 feet to an iron pin set capped; thence S 12° 31' 59" W 339.58 feet to the POINT OF BEGINNING AND ENDING.

The real property above includes One (1) 2006 Champion, Model AC 484, Serial Number TEN 668614 & TEN 668615.

It is understood and agreed between the Grantors and the Beneficiary that the manufactured home herein above described is permanently attached on the herein above described real property.

which is the property described in the deed recorded at Deed Book 119, page 527, Office of the Judge of Probate of Hale County, Alabama; the deed recorded at Deed Book A147, page 545, Office of the Judge of Probate of Hale County, Alabama; and the mortgage recorded at Book 350, Page 413, Office of the Judge of Probate of Hale County, Alabama. The claims of the United States to that one-half interest are entitled to lien priority over the claims of MERS and the other defendants.

**DONE** this 23rd day of March, 2011, in Mobile, Alabama.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**